IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | : | |
| Plaintiff, | : | CIVIL ACTION NO. 18-5238 |
| v. | : | |
| JOHN DOE subscriber assigned IP address 216.164.146.138, | : | |
| Defendant. | : | |

# ORDER

**AND NOW**, this 11th day of February, 2019, after considering: (1) the defendant's motion to quash or vacate the third-party subpoena (Doc. No. 7), (2) the plaintiff's response in opposition (Doc. No. 9), and (3) oral argument made by counsel for the parties on February 8, 2019; accordingly, it is hereby **ORDERED** that, for the reasons stated on the record, the motion to quash or vacate the third-party subpoena (Doc. No. 7) is **DENIED**.[1]

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.

---

[1] The motion for a protective order also requested, in the alternative, that the court grant the defendant's request to proceed anonymously and enter a protective order in the above-captioned matter. *See* Doc. No. 7. The court previously granted the defendant's requests with respect to those matters, *see* Doc. No. 8, and the protective order shall remain in effect and is not impacted by denial of the motion to quash.