IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STRIKE 3 HOLDINGS, LLC       :            CIVIL ACTION
                                     :
         v.                   :
                                     :
JOHN DOE SUBSCRIBER ASSIGNED IP  :
ADDRESS 68.82.141.39          :            NO. 18-5223

ORDER

AND NOW, this 29th day of March, 2019, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  The motion of defendant for reconsideration or, in the alternative, a protective order (Doc. # 8) is GRANTED in part and DENIED in part.  Defendant will remain identified as "John Doe" throughout this litigation absent further order of this court.  The motion is otherwise DENIED.

(2)  The motion of defendant for a more specific pleading (Doc. # 9) is DENIED.

BY THE COURT:


/s/ Harvey Bartle III
                                                             J.